BUCHALTER
A Professional Corporation
CECILIA MILLER (SBN: 211111)
ZHASMINA Y. KOLAROVA (SBN: 328751)
MARISSA MARXEN GIACOMELLI (SBN: 300095)
655 West Broadway, Suite 1600
San Diego, California 92101
Telephone:      619.219.5335
Facsimile:      619.219.5344
Email:  cmiller@buchalter.com
        zkolarova@buchalter.com
        mgiacomelli@buchalter.com

Attorneys for Plaintiffs BANK OF SOUTHERN
CALIFORNIA, N.A., SOUTHERN CALIFORNIA BANCORP

CLYDE & CO US LLP
BRUCE D. CELEBREZZE (SBN 102181)
BRIAN D. HARRISON (SBN 157123)
J.A. TAYLOR MEEHAN (SBN 298581)
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: 415.365.9800
Facsimile: 415.365.9801
Email:  bruce.celebrezze@clydeco.us
        brian.harrison@clydeco.us
        taylor.meehan@clydeco.us

Attorneys for Defendant and Counter-claimant
EVEREST NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF SOUTHERN CALIFORNIA, N.A., a California corporation; SOUTHERN CALIFORNIA BANCORP, a California corporation,<br><br>         Plaintiffs,<br>    v.<br><br>EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation,<br><br>         Defendants. | Case No.: 3:22-cv-000737-GPC-RBB<br>_____<br><br>**NOTICE OF SETTLEMENT AND JOINT MOTION TO CONTINUE ALL DEADLINES PENDING FILING OF STIPULATION OF DISMISSAL, OR IN THE ALTERNATIVE, STAY THE CASE** |

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

NOTICE OF SETTLEMENT AND JOINT MOTION TO CONTINUE ALL DEADLINES
PENDING FILING OF STIPULATION OF DISMISSAL, OR STAY THE CASE
B3767.0002 BN 73016229v2

Plaintiffs BANK OF SOUTHERN CALIFORNIA, N.A., a California corporation, and SOUTHERN CALIFORNIA BANCORP, a California corporation (collectively, "Plaintiffs"), along with Defendant EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation ("Defendant"), hereby jointly notify the Court that Plaintiffs and Defendant (collectively, the "Parties") have reached a settlement in this matter and are finalizing a settlement agreement.

Due to the Parties reaching a settlement, the Parties ask the Court to (1) continue the deadline for Plaintiffs to respond to Defendant's Answer to the First Amended Complaint and Counterclaim (ECF No. 11), which is presently due on October 4, 2022, by forty-five (45) days, or to Monday, November 14, 2022; (2) postpone or continue the Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") currently scheduled for November 15, 2022, at 8:30 a.m. by forty-five (45) days, or to Friday, December 30, 2022, at 8:30 a.m. (or any other date that is convenient for the Court); and (3) change the Friday, December 30, 2022, ENE and CMC to a Settlement Status Conference.

In the alternative, the Parties request the Court stay the case for ninety (90) days to conserve the resources of the Parties and the Court, including the efforts required by Plaintiffs to respond to Defendant's Answer to the First Amended Complaint and Counterclaim. The court's inherent power to control the disposition of its cases includes the ability to stay a case in the interests of efficiency and fairness to the Court, counsel, and litigants. *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936). A court appropriately exercises its discretion to stay a case when the resolution of another matter, such as a settlement, will have a direct impact on the issues before the court, thereby substantially simplifying, or even resolving, the issues presented. *Mediterranean Enters., Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983). In determining whether to stay a case, a district court "must weigh competing interests and maintain an even balance." *Landis*, 299 U.S. at 254-55.

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

- 1 -
NOTICE OF SETTLEMENT AND JOINT MOTION TO CONTINUE HEARINGS PENDING FILING OF STIPULATION OF DISMISSAL, OR STAY THE CASE

The Parties are endeavoring to finalize their settlement agreement as soon as possible and before the aforementioned dates, which will allow them to file a Stipulation for Dismissal of the entire matter pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and thereby, avoid the need to consume judicial resources. Thus, good cause exists for granting the joint motion and amending the Court-ordered deadlines as proposed, or in the alternative, staying the case for ninety (90) days. This stay is brief, agreed to by all Parties, does not prejudice any Parties, and serves the interest of efficiency and fairness by allowing the Parties to finalize their settlement without having to incur additional attorneys' fees and costs.

Dated: September 29, 2022　　　　　　　BUCHALTER
　　　　　　　　　　　　　　　　　　　A Professional Corporation


By:　s/ *Cecilia O. Miller*
　　　Cecilia O. Miller
　　　Zhasmina Y. Kolarova
　　　Marissa M. Giacomelli
　　　Attorneys for Plaintiffs BANK OF
　　　SOUTHERN CALIFORNIA, N.A. and
　　　SOUTHERN CALIFORNIA BANCORP


Dated: September 29, 2022　　　　　　　CLYDE & CO US LLP


By:　s/ *Brian D. Harrison*
　　　BRUCE D. CELEBREZZE
　　　BRIAN D. HARRISON
　　　J.A. TAYLOR MEEHAN
　　　Attorneys for Defendant EVEREST
　　　NATIONAL INSURANCE COMPANY

- 2 -
NOTICE OF SETTLEMENT AND JOINT MOTION TO CONTINUE ALL DEADLINES
PENDING FILING OF STIPULATION OF DISMISSAL, OR STAY THE CASE

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

B3767.0002 BN 73016229v2

## **ATTESTATION OF SIGNATURES**

I, the undersigned, hereby attest that the other signatory has concurred in the filing of this document as indicated by a conformed signature (/s/) within this e-filed document.

DATED:  September 30, 2022        BUCHALTER
                                  A Professional Corporation


                                  By:  */s/Cecilia O. Miller*
                                       Cecilia O. Miller

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

-3-
NOTICE OF SETTLEMENT AND JOINT MOTION TO CONTINUE ALL DEADLINES PENDING FILING OF STIPULATION OF DISMISSAL, OR STAY THE CASE
B3767.0002 BN 73016229v2