BUCHALTER
A Professional Corporation
CECILIA MILLER (SBN: 211111)
ZHASMINA Y. KOLAROVA (SBN: 328751)
MARISSA MARXEN GIACOMELLI (SBN: 300095)
655 West Broadway, Suite 1600
San Diego, California 92101
Telephone:       619.219.5335
Facsimile:       619.219.5344
Email: cmiller@buchalter.com
       zkolarova@buchalter.com

Attorneys for Plaintiffs BANK OF SOUTHERN
CALIFORNIA, N.A., and SOUTHERN CALIFORNIA BANCORP

BRUCE D. CELEBREZZE, State Bar No. 102181
*bruce.celebrezze@clydeco.us*
BRIAN D. HARRISON, State Bar No. 157123
*brian.harrison@clydeco.us*
J.A. TAYLOR MEEHAN, State Bar No. 298581
*taylor.meehan@clydeco.us*
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801

Attorneys for Defendant and Counter-claimant
EVEREST NATIONAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF SOUTHERN CALIFORNIA, N.A., a California corporation; SOUTHERN CALIFORNIA BANCORP, a California corporation<br><br>            Plaintiffs,<br>     v.<br><br>EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation<br><br>            Defendants. | Case No.: 3:22-cv-000737-GPC-RBB<br>_____<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Plaintiffs BANK OF SOUTHERN CALIFORNIA, N.A., a California corporation, and SOUTHERN CALIFORNIA BANCORP, a California corporation (collectively, "Plaintiffs"), along with Defendant EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation ("Defendant"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure ("Rule 41(a)(1)(A)(ii)"), stipulate to the dismissal of this entire action *with prejudice*, with all parties to bear their own attorneys' fees and costs. *See also* Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) (providing "[u]nless the notice or stipulation states otherwise," as is the case here, "the dismissal is without prejudice").

On September 30, 2022, Plaintiffs and Defendant (collectively, the "Parties") advised the Court of the Parties' resolution of the entire action and jointly moved to stay all deadlines in this action while the Parties documented and finalized the resolution. The Court granted the Parties joint motion to stay the case on October 3, 2022. Order, ECF No. 14 at 2.[1] Upon finalizing the resolution, the Parties agreed to file a Stipulation of Dismissal with prejudice of this matter, including Defendant's counterclaim, pursuant to Rule 41 of the Federal Rules of Civil Procedure." *See also* Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) ("Subject to Rules 23(e), 23.1, 23.2, and 66 … the plaintiff may dismiss an action ***without a court order*** by filing …. [a] stipulation of dismissal signed by all parties who have appeared.") (emphasis added). Accordingly, the Parties hereby stipulate to dismissal.

Although Rule 41(a)(1)(A)(ii) does not require the Parties to move for dismissal or seek entry of a court order, in an effort to comply with both Judge

---

[1] In granting the Parties' join motion, the Hon. Ruben B. Brooks ordered that "unless the joint motion to dismiss this case is filed prior to" the dates set for the future hearings in this case, all parties must appear. Order, ECF No. 14 at 2. That Order also directed the Parties to submit a "separate order granting the joint motion… to the assigned district judge." *Id.*

- 1 -
STIPULATION FOR DISMISSAL PURSUANT TO RULE 41 OF THE
FEDERAL RULES OF CIVIL PROCEDURE

Curiel's Chambers Rules[2] and Judge Brooks' October 3 Order, the Parties have, alternatively, also provided the Court with a [Proposed] Order granting dismissal.

Dated: October 14, 2022                BUCHALTER
                                       A Professional Corporation


                                   By: /s/ *Cecilia O. Miller*
                                       Cecilia O. Miller
                                       Zhasmina Y. Kolarova
                                       Marissa M. Giacomelli
                                       Attorneys for Plaintiffs BANK OF
                                       SOUTHERN CALIFORNIA, N.A. and
                                       SOUTHERN CALIFORNIA BANCORP


Dated: October 14, 2022                CLYDE & CO US LLP


                                   By: /s/ *Bruce D. Celebrezze*
                                       BRUCE D. CELEBREZZE
                                       BRIAN D. HARRISON
                                       J.A. TAYLOR MEEHAN
                                       Attorneys for Defendant EVEREST
                                       NATIONAL INSURANCE COMPANY

---

[2] The Civil Chambers Rules of the Hon. Gonzalo P. Curiel provide that "[p]ursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, all stipulations must be filed as joint motions," which "must be signed by the Court to have legal effect." *See also* Electronic Case Filing and Administrative Policies and Procedures Manual, Section 2(f)(4) (providing that "[a]ll stipulations must be filed as joint motions," but "[t]he filer of a joint motion … must e-mail a proposed order to the e-mail address of the assigned judicial officer pursuant to the procedures set forth").

- 2 -
BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

STIPULATION FOR DISMISSAL PURSUANT TO RULE 41 OF THE
FEDERAL RULES OF CIVIL PROCEDURE

B3767.0002 BN 73070359v2

1
2 **ATTESTATION OF SIGNATURES**
3    I, the undersigned, hereby attest that the other signatory has concurred in the
4 filing of this document as indicated by a conformed signature (/s/) within this e-filed
5 document.
6
7 DATED: October 14, 2022            BUCHALTER
                                     A Professional Corporation
8
9
                                     By: */s/Cecilia O. Miller*
10                                        Cecilia O. Miller

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

- 3 -
STIPULATION FOR DISMISSAL PURSUANT TO RULE 41 OF THE
FEDERAL RULES OF CIVIL PROCEDURE
B3767.0002 BN 73070359v2