UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF SOUTHERN CALIFORNIA, N.A., a California corporation; SOUTHERN CALIFORNIA BANCORP, a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation<br><br>Defendants. | Case No.: 3:22-cv-000737-GPC-RBB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION TO DISMISSAL OF ALL PARTIES** |

Good cause appearing, and pursuant to the stipulation of Plaintiffs BANK OF SOUTHERN CALIFORNIA, N.A., a California corporation, and SOUTHERN CALIFORNIA BANCORP, a California corporation (collectively, "Plaintiffs"), along with Defendant EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation ("Defendant") to dismiss this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure ("Rule 41(a)(1)(A)(ii)"), the Court **ORDERS** as follows:

1.    This entire action is dismissed *with prejudice*.

2.    All parties will bear their own attorneys' fees and costs.

3.    The Clerk of the Court is directed to terminate this matter, including all

upcoming deadlines and hearing dates.

**IT IS SO ORDERED.**

Dated: October 18, 2022

Hon. Gonzalo P. Curiel
United States District Judge

**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO
STIPULATION TO DISMISSAL OF ALL PARTIES**